CHRISTOPHER BALLY
JOEL R. BELLUSH
SUZANNE D'AMICO BRODOCK♦
JUDY L. CREELMAN
SUSAN B. FARINELLA

♦ALSO MEMBER OF NY BAR
†ALSO MEMBER OF NY & PA BAR
ΨCERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY

# LAW OFFICE OF
# STEVEN J. TEGRAR

A *CNA* LITIGATION COUNSEL OFFICE *
184 LIBERTY CORNER ROAD, SUITE 102
WARREN, NJ 07059
MAIN: (908) 991-4450
FAX: (609) 524-3458

JEAN S. LARUE
CYNTHIA M. MOLINE♦
ROSEANN PRIMERANOΨ
GEORGE H. SLY
STEVEN J. TEGRAR†Ψ

*CNA is a registered service mark of CNA Financial Corporation. Attorneys are employees of Continental Casualty Company, an underwriting company authorized to use the CNA service mark.

Writer's Direct Dial: (908)991-4464
Email: steven.tegrar@cna.com

October 26, 2017

*Electronic filing & Regular Mail*

Magistrate Judge Michael A. Hammer
US District Court, District of New Jersey
Martin Luther King Building & US Courthouse
50 Walnut Street, Court Room MLK 2C
Newark, NJ 07102

> **RE:**   **Wolf v. State of New Jersey et als**
> **Docket No.: 2:17-cv-02072-MCA-MAH**
> **Our File No.: 1171117917**

Dear Judge Hammer:

    This office represents the defendant, Peter Van Aulen, in the above-named matter.

    We are in receipt of the court's October 16, 2017 letter Order which directs the parties to provide a proposed discovery plan by November 17, 2017. The court will then issue a scheduling Order on November 21, 2017.

    This office currently has a Motion to Dismiss Plaintiff's Complaint in Lieu of Answer for Lack of Subject Matter Jurisdiction and for Failure to State a Claim for Relief and on grounds of the Rooker-Feldman and Abstention Doctrines. That motion is currently returnable before Judge Arleo on November 6, 2017. We do not know if the motion will actually be heard upon that date.

Page 2

In light of the pending Motion to Dismiss, we respectfully request that the time to provide a proposed discovery plan and the issuing of a scheduling Order be adjourned until after the pending Motion to Dismiss has been heard. A copy of this request is being served on all counsel of record through the court's electronic filing system and upon the pro se plaintiff by regular and certified mail.

Respectfully submitted,

Steven J. Tegrar

SJT/cg
cc:    Ms. Karin Wolf